UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DOMINGO LOZANO,**

      **Plaintiff,**

v.                                  Case No.  6:19-cv-1783-CEM-LHP

**DATEREYBRU COMPANY, LLC
and LAERCIO  L. DE OLIVEIRA,**

      **Defendants.**
_____/

### ORDER

THIS CAUSE is before the Court on Plaintiff's Third Renewed Motion for Default Judgment Against Defendant Datereybru Company, LLC (Doc. 66). The United States Magistrate Judge issued a Report and Recommendation (Doc. 67), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 67) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Third Renewed Motion for Default Judgment Against Defendant Datereybru Company, LLC (Doc. 66) is **GRANTED in part and DENIED in part**.

   a. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant Datereybru Company, LLC, jointly and severally with Defendant Laercio L. De Oliveira, in the amount of $45,475.00 plus post-judgment interest.

   b. The Motion is otherwise **DENIED**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 18, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party